```
              IN THE UNITED STATE BANKRUPTCY COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA


    In    Roger Walker, Sr.       )    Chapter 13
    Re:   Debtor                  )
                                  )    No. 18-14569-AMC
                                  )
```

### CERTIFICATION OF NO RESPONSE

   I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.


                                                      /s/David M. Offen
                                                      David M. Offen
                                                      **Attorney for Debtor**

**Date:3/26/19**