# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Chapter 13

Bankruptcy No. 18-14569-AMC

ROGER  WALKER, SR.

109 W. NEDRO AVENUE

PHILADELPHIA, PA 19120

      Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

ROGER  WALKER, SR.

109 W. NEDRO AVENUE

PHILADELPHIA, PA 19120

Counsel for debtor(s), by electronic notice only.

DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

/S/ William C. Miller

Date: 6/21/2019

_____

William C. Miller, Esquire
Chapter 13 Standing Trustee