United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-14569-amc
Roger Walker, Sr.                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Stacey            Page 1 of 1          Date Rcvd: Jun 19, 2019
                            Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 21, 2019.
db          +Roger Walker, Sr.,    109 W. Nedro Avenue,    Philadelphia, PA 19120-2423
             Payroll Controller,    City of Philadelphia,    Philadelphia, PA

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 19, 2019 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Roger  Walker, Sr. dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Pennsylvania Housing Finance Agency
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Credit Acceptance Corporation
               ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              : Chapter 13

Roger  Walker, Sr.                  : Case No. 18-14569- amc
xxx-xx-7179

        Debtor

ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION
FOR REMITTANCE TO STANDING TRUSTEE

TO THE DEBTORS EMPLOYER:

   The future earnings of the above named debtor are subject to the continuing supervision and control of the Court for the purpose of enforcing and carrying out the debtor's plan.

   IT IS THEREFORE ORDERED that the employer of the debtor shall deduct from the wages of the debtor, beginning with the next pay period after receipt of the Order the sum of

               $600.00 EVERY TWO WEEKS.

   The employer shall continue these deductions until further Order of this Court and shall remit all monies withheld from the Debtor's wages at least monthly, or more frequently to the Standing Trustee whose name and address appear below

DATED:  **June 19, 2019**

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE


Make checks payable to:              David M. Offen Esq.
William C. Miller, Trustee           Suite 160 West, Curtis Ctr.
P.O. Box 1799                        Philadelphia, PA 19106
Memphis, TN  38101-1799              (215) 625-9600

Payroll Controller
City of Philadelphia
Philadelphia, PA