## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Roger Walker, Sr.<br>　　　　　　　　　　Debtor<br><br>PENNSYLVANIA HOUSING FINANCE AGENCY<br>　　　　　　　v.<br>Roger Walker, Sr.<br>　　　　　　　and<br>William C. Miller Esq.<br>　　　　　　　　　Trustee | Chapter 13<br><br><br>NO. 18-14569 AMC |

## ORDER

　　　　AND NOW, this  23rd   day of  July        , 2019 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on May 14, 2019 it is ORDERED AND DECREED that:

　　　　The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow PENNSYLVANIA HOUSING FINANCE AGENCY and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 109 West Nedro Avenue Philadelphia, PA 19120.

　　　　The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

cc: See attached service list

Roger Walker, Sr.
109 W. Nedro Avenue
Philadelphia, PA 19120

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

David M. Offen
The Curtis Center
601 Walnut Street, Suite 160 West
Philadelphia,, PA 19106

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532