United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-14569-amc
Roger Walker, Sr.                                                   Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Stacey            Page 1 of 2          Date Rcvd: Aug 23, 2019
                            Form ID: pdf900         Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2019.
db            +Roger Walker, Sr.,    109 W. Nedro Avenue,    Philadelphia, PA 19120-2423
14163143      +Cap1/dbarn,    Capital One Retail Srvs/Attn: Bankruptcy,    Po Box 30258,
                Salt Lake City, UT 84130-0258
14163145      +Credit Acceptance,    25505 West 12 Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
14163147      +EOS-CCA,    Attn: Bankruptcy,    700 Longwater Dr.,    Norwell, MA 02061-1624
14218632      +PENNSYLVANIA HOUSING FINANCE AGENCY,    C/O REBECCA ANN SOLARZ,    KML Law Group, P.C.,
                710 Market Street, Ste. 5000,    Philadelphia, PA 19106-2312
14163152      +Pnc Bank,    Atn: Bankruptcy Department,    Po Box 94982: Ms: Br-Yb58-01-5,
                Cleveland, OH 44101-4982
14163153     ++WELLS FARGO BANK NA,    1 HOME CAMPUS,    MAC X2303-01A,    DES MOINES IA 50328-0001
                (address filed with court: Wells Fargo Bank,    Attn: Bankruptcy Dept,    Po Box 6429,
                Greenville, SC 29606)
14163154      +Wf/home Projects,    Po Box 14517,    Des Moines, IA 50306-3517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Aug 24 2019 03:00:22     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 24 2019 02:59:01
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 24 2019 03:00:06     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14163142      +E-mail/Text: ally@ebn.phinsolutions.com Aug 24 2019 02:57:25     Ally Financial,
                Attn: Bankruptcy Dept,    Po Box 380901,    Bloomington, MN 55438-0901
14166180       E-mail/Text: ally@ebn.phinsolutions.com Aug 24 2019 02:57:25     Ally Financial,
                PO Box 130424,    Roseville MN 55113-0004
14250658       E-mail/Text: megan.harper@phila.gov Aug 24 2019 03:00:21     City of Philadelphia,
                Law Department  Tax & Revenue Unit,    Bankruptcy Group, MSB,
                1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA  19102-1595
14163144      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 24 2019 03:04:14     Capital One,
                Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14187498       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 24 2019 03:03:11
                Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
14163146      +E-mail/Text: bankruptcynotices@dcicollect.com Aug 24 2019 03:00:33
                Diversified Consultants, Inc.,    10550 Deerwood Park Blvd,    Jacksonville, FL 32256-0596
14163148      +E-mail/Text: bfinnall@hillcrestdavidson.com Aug 24 2019 02:58:40     Hillcrest Davidson & A,
                Attn: Bankruptcy,    715 N Glenville - Suite 450,    Richardson, TX 75081-2898
14187414       E-mail/Text: bkr@cardworks.com Aug 24 2019 02:57:20     MERRICK BANK,
                Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14185144      +E-mail/Text: bankruptcydpt@mcmcg.com Aug 24 2019 02:59:13     MIDLAND FUNDING LLC,
                PO Box 2011,    Warren, MI 48090-2011
14163149      +E-mail/Text: bkr@cardworks.com Aug 24 2019 02:57:20     Merrick Bank/CardWorks,
                Attn: Bankruptcy,    Po Box 9201,    Old Bethpage, NY 11804-9001
14163150      +E-mail/Text: bankruptcydpt@mcmcg.com Aug 24 2019 02:59:13     Midland Funding,
                2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
14222163      +E-mail/Text: blegal@phfa.org Aug 24 2019 02:59:17     PENNSYLVANIA HOUSING FINANCE AGENCY,
                211 North Front Street,    Harrisburg, PA 17101-1406
14163151       E-mail/Text: blegal@phfa.org Aug 24 2019 02:59:17     Pennsylvania Housing Finance Agency,
                Attn: Bankruptcy,    Po Box 8029,    Harrisburg, PA 17105
14167913      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 24 2019 09:17:04     T Mobile/T-Mobile USA Inc,
                by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 17

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Credit Acceptance Corporation,    25505 West 12 Mile Road,    Suite 3000,
                Southfield, MI 48034-8331
cr*           +Pennsylvania Housing Finance Agency,    211 North Front Street,    Harrisburg, PA 17101-1406
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: Stacey              Page 2 of 2              Date Rcvd: Aug 23, 2019
                              Form ID: pdf900           Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2019 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Roger  Walker, Sr. dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Pennsylvania Housing Finance Agency
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Credit Acceptance Corporation
               ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Roger Walker, Sr.** | ) | Chapter 13 |
| Debtor | ) | 18-14569-AMC |
| | ) | |
| | ) | |
| | ) | |

## ORDER

Upon consideration of the Application for Compensation and Reimbursement of Expenses for David M. Offen, Esquire, counsel for Debtor (the "Application"), and upon Counsel for Debtor request to retain jurisdiction at the Motion to Dismiss hearing on June 11, 2019 IT IS ORDERED THAT:

1. The case is dismissed.

2. Pursuant to 11 U.S.C.349(b)(3), the undistributed, pre confirmation Chapter 13 Plan payments held by the Chapter 13 Trustee shall not revest in the Debtor or any other entity pending further order of this court.

3. A hearing shall be held on <u>September 17</u>, 2019 at <u>11:00 a.m.</u> in Bankruptcy Courtroom No. 4, United States Court House, 900 Market Street, Philadelphia, PA to consider the Application.

4. Any other party who assets an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. 503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3 above.

5. Counsel for Debtor shall serve a copy of this Order on all creditors and interested parties and file Certification of Service on or before <u>September 9, 20</u>19.

August 20, 2019

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

cc: William C. Miller, Trustee

   David M. Offen, Esquire

   Sheila D. Lockwood