```
            IN THE UNITED STATES BANKRUPTCY COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

    IN RE:                              :    CHAPTER 13
         Roger Walker, Sr.              :    No. 18-14569-AMC
           Debtor                       :
```

### CERTIFICATE OF SERVICE

I, David M. Offen, attorney for the above named Debtor, hereby certify that a true and correct copy of the Court Order dated September 17, 2019 was served upon the Chapter 13 Trustee, William C. Miller and all creditors via first class mail on August 28, 2019.

```
                                   /s/ David M. Offen
                                   David M. Offen Esq.
                                   Attorney for Debtor
                                    601 Walnut Street
                                   Suite 160 West
                                   Philadelphia, PA 19106
                                   215-625-9600
```

8/28/19